MEMORANDUM **
Jose Martin Limon-Robles, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals’ order *690 dismissing his appeal from an immigration judge’s removal order. We have jurisdiction under 8 U.S.C. § 1252, and we grant the petition for review and remand for further proceedings.
The agency determined that Limon-Robles was removable under the aggravated felony ground of deportation, 8 U.S.C. § 1227(a) (2) (A) (iii), based on his 1987 conviction for violating Arizona Revised Statutes §§ 13-1405, 1401, 3821, 1001, 604.01, 702, 801 and 812. Subsequent to the agency’s decision in this case, we held in Ledezma-Galicia v. Holder, 636 F.3d 1059 (9th Cir.2010), that 8 U.S.C. § 1227(a)(2)(A)(iii) does not apply to convictions that occurred prior to November 18,1988. We therefore grant the petition for review and remand to the agency in light of Ledezma-Galicia.
In light of our disposition, we need not address Limon-Robles’ remaining contentions.
PETITION FOR REVIEW GRANTED; REMANDED.

 This disposition is not appropriate for publication and is not precedent except as provid *690 ed by 9th Cir. R. 36-3.